plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

John G. Friedmeyer, for appellant. William E. Fain, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Etta Harlan, appellee, v. S. F. Schecter, appellant.**

Action on contract to procure purchaser for real estate. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Crayton & Boyle and S. F. Schecter, for appellant. No appearance for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Margaret M. Robinson, appellee, v. John B. Robinson, appellant.**

Suit for separate maintenance. Decree for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed April 19, 1921.

S. S. Clapper and George B. Rhoads, for appellant. W. C. and W. L. Kelley, for appellee.

Per Curiam.

---

**Crane Company, appellant, v. C. E. Sparks et al., appellees.**

Suit to foreclose lien on a building for materials furnished. Bill dismissed for want of equity. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 4, 1921.

Graham & Dysert, for appellant. Dyer & Dyer, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Charles McClear, appellee, v. Norman Laundry & Dry Cleaning Company, appellant.**

Action for damages for personal injuries received by plaintiff when struck by a truck being operated by defendant's employee. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 4, 1921.

Baldwin & Carey and Livingston & Whitmore, for appellant. Wiley & Morey, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Alexander B. Haenny and Albert J. Haenny, executors of the last will and testament of Jacob R. Haenny, deceased, defendants in error, v. Walker D. Hines, director general of railroads and director general of the Toledo, St. Louis & Western Railroad Company, plaintiff in error.**

Action by executors for the death of testator when struck by defendant's train at a street crossing. Judgment for plaintiffs. Er-

ror to the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 4, 1921.

J. M. Baker and C. E. Pope, for plaintiff in error; Brown, Geddes, Schmettau & Williams, of counsel. H. C. Stuttle and Miller & Major, for defendants in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Home State Bank of Lexington, Illinois, appellee, v. James W. Vandolah et al., appellants.**

Creditor's bill to set aside conveyances as fraudulent. Decree for complainant. Appeal from the Circuit Court of McLean county; the Hon. Thomas M. Harris, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

Livingston & Whitmore, for appellants. Barry & Morrissey, for appellee.

Per Curiam.

---

**Agnes Watts, appellee, v. A. I. Greenstone, appellant.**

Suit in justice's court for damages to plaintiff's automobile in a collision with defendant's automobile. Judgment for plaintiff on appeal to the circuit court. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

Graham & Graham, for appellant. John G. Friedmeyer, for appellee.

Per Curiam.

---

**Maggie Crowe et al., appellants, v. Modern Woodmen of America, appellee.**

Assumpsit on a fraternal benefit certificate. Judgment in favor of defendant. Appeal from the Circuit Court of DeWitt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

F. K. Lemon, Herrick & Herrick and Leonard W. Ingham, for appellants. Truman Plantz and John J. Rolofson, for appellee.

Per Curiam.

---

**Mina McClure, appellee, v. Hoopeston Gas & Electric Company, appellant.**

Action on the case for damages to plaintiff's building by fire caused by leakage of gas. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

Vause & Kiger, for appellant; Lindley, Penwell & Lindley, of counsel. Walter T. Gunn and Casper Platt, for appellee.

Per Curiam.

---

**W. J. Hacker, appellant, v. Joseph P. Moore et al., appellees.**

Attachment of real estate. Judgment in favor of interpleaders